**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VANDRICK LAVONNE THOMAS,** | * |
| Petitioner, | * |
| | * CIVIL ACTION NO.:16-00419-WS-B |
| vs. | * |
| **DEWAYNE ESTES,** *et al.,* | * |
| Respondents. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** as successive.

**DONE** this 25th day of August, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**