# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VANDRICK LAVONNE THOMAS,** | * |
| Petitioner, | * |
| | * CIVIL ACTION NO.:16-00419-WS-B |
| vs. | * |
| **DEWAYNE ESTES,** *et al.*, | * |
| Respondents. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** as successive.

**DONE** this 25th of August, 2016.

                                                     **s/WILLIAM H. STEELE**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**